# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:17-CR-394** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **XIAO WU ZHOU,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 18th day of January, 2019, upon consideration of the motion (Doc. 63) to compel specific discovery by defendant Xiao Wu Zhou ("Zhou"), and the parties respective briefs in support of and opposition to said motion, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that Zhou's motion (Doc. 63) to compel is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania